FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D18-1833
_____

ANGUS KELLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Calhoun County.
Shonna Young Gay, Judge.

February 12, 2019


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Angus Kelley, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.